IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BALLARD, | : | |
| Petitioner, | : | 1:15cv-0236 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN JUAN BALTAZAR, | : | |
| Respondent. | : | |

## **ORDER**

May 16, 2016

NOW THEREFORE, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                               s/ John E. Jones III
                                               John E. Jones III
                                               United States District Judge